# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GOLD CROSS EMS, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| THE CHILDREN'S HOSPITAL OF ALABAMA, | ) |
| | ) |
| | ) |
| Defendant | ) |

## DEFENDANT THE CHILDREN'S HOSPITAL OF ALABAMA'S NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the Defendant in the case styled <u>Gold Cross EMS, Inc. v. The Children's Hospital of Alabama</u>, State Court of Richmond County, State of Georgia denominated as Civil Action No. 2013-RCSC-368, files this Notice of Removal together with a filing fee and a copy of process, pleadings, and orders served upon said Defendant in this case.

You are further notified that Defendants have also filed a Notice of Removal with the Clerk of the State Court of Richmond County, State of Georgia, in the civil action file number herein referenced.

In support of this Notice, Defendants show this Honorable Court the following:

1.

On April 3, 2013, an action was commenced in the State Court of Richmond County, State Court Georgia, styled <u>Gold Cross EMS, INC. v. The Children's Hospital of Alabama</u>, Civil Action File No. 2013-RCSC-368.

2.

Defendant The Children's Hospital of Alabama has not yet been served with the summons and complaint. However, Defendant received a courtesy copy of the Complaint on April 17, 2013. The Children's Hospital of Alabama hereby waives further service of process. This Notice of Removal is timely filed. 28 USC §1446(b).

3.

A copy of all process, pleadings, and orders in Defendant's possession in the state court action are attached hereto as Exhibit "A".

4.

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

5.

The Defendants are informed and believes that the Plaintiff Gold Cross EMS, Inc. is a citizen of the State of Georgia. Gold Cross EMS, Inc. is incorporated under the laws of the State of Georgia with a principal place of business in Martinez, Georgia. (See Underlying Complaint ¶ 1). Defendant The Children's Hospital of Alabama was, at the time of filing of this action, and still is, a citizen of the State of Alabama. The Children's Hospital of Alabama is incorporated under the laws of the State of Alabama with its principal place of business in Birmingham, Alabama.

6.

The Plaintiffs did not specify the amount of damages they seek in the state court complaint, but alleges Defendant The Children's Hospital of Alabama is liable to Plaintiff for contribution in the amount of at least 50% of the amount paid by Plaintiff to settle the tort actions styled <u>Dwight Williams v. The Children's Hospital of Alabama, Children's Careflight and Gold Cross EMS, Inc.</u>; State Court of Richmond County, Georgia Civil Action File No. 2012-RCSC-64 and <u>April L Logan *as guardian ad litem* of Zia'Kiera Threatts, *a minor* v. The Children's Hospital of Alabama, Children's Careflight Children's Healthcare System, Gold Cross EMS, Inc. and John Does Seven through Twenty;</u> State Court of Richmond County, Georgia Civil Action File No. 2012-RCSC-1078. The claim for 50% contribution of the amount paid on behalf of Gold Cross far exceeds the minimum jurisdictional threshold of $75,000 exclusive of interest and costs. In addition, Plaintiff claims that the Defendant is liable for damages representing the difference between the settlement amount and what the settlement amount would have been but for Defendant's alleged breach of the purported Joint Defense Agreement. Further, Defendant/Counterclaimant seeks damages in excess of $75,000. On this basis, Defendant believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

WHEREFORE, Defendant prays that this action be removed to the United States District Court for the Southern District of Georgia, Augusta Division.

Respectfully submitted this <u>17th</u> day of May, 2013

**HALL BOOTH SMITH, P.C.**

*/s/ Mark W. Wortham, Esq.*

MARK W. WORTHAM, ESQ.
Georgia Bar No. 777065

3

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-6945 | (678) 539-1614 (fax)

ALEXANDER H. BOOTH, ESQ.
Georgia Bar No. 067899
*Counsel for the Children's Hospital of Alabama*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

> J. Robert Persons
> Robert B. Wedge
> Steven D. Henry
> Smith Moore Leatherwood LLP
> Atlantic Center Plaza, Suite 2300
> 1180 W. Peachtree Street
> Atlanta, Georgia 30309

Respectfully submitted this 17th day of May, 2013.

**HALL BOOTH SMITH, P.C.**

/s/ *Mark W. Wortham, Esq.*
_____
MARK W. WORTHAM, ESQ.
Georgia Bar No. 777065
ALEXANDER H. BOOTH, ESQ.
Georgia Bar No. 067899
*Counsel for the Children's Hospital of Alabama*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-6945 | (678) 539-1614 (fax)