IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOLD CROSS EMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Docket No. 1:13CV00081 JRH/WLB |
| v. | ) |
| | ) |
| THE CHILDREN'S HOSPITAL | ) |
| OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

**COME NOW THE PARTIES AND PURSUANT TO R 41 STIPULATES TO THE DISMISSAL OF THE FOLLOWING CLAIMS:**

Plaintiff's remaining claim in this case, Count II (breach of joint defense agreement) and Defendant's counterclaim for attorneys' fees and expenses came on for trial on September 21, 2015. Count I of Plaintiff's Complaint had been previously adjudicated in favor of the Defendant on its Motion for Summary Judgment by Order [Document # 61] of this Court on January 8, 2015. Counsel for each party herein stipulates and agrees before the Court that each party agreed in Court and again here to dismiss its remaining claim with prejudice. Count II of the complaint may be dismissed with prejudice. The defendant's counterclaim may be

dismissed with prejudice.  Counsel for the Plaintiff reserves the right to appeal the summary adjudication of Count I, claim for contribution only.  Each party agrees to bear its own costs in this litigation.

Stipulated and agreed to this 22nd day of September, 2015.


*/s/ J. Robert Persons*
J. Robert Persons
Georgia Bar No. 573400
Smith Moore Leatherwood
Regions Plaza, Suite 2300
1180 W. Peachtree Street
Atlanta, Georgia  30309
404-962-1000 (Telephone)
Attorneys for Plaintiff

*/s/ Mark W. Lee*
Mark W. Lee
Alabama Bar No. 4579-L59M
Parsons Lee & Juliano, P.C.
600 Vestavia Parkway
Suite 300, Shelby Building
Birmingham, AL 35216
205-326-6600 (Telephone)
Pro Hac Vice Counsel for Defendant

ATLANTA 1470917.2.2